UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY GRIEGER,                              No. 2:10-cv-02034-MCE-DAD

      Plaintiff,

  v.                                       <u>ORDER CONTINUING TRIAL</u>

ROEBBELEN CONTRACTING, INC.,

      Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the September 17, 2012 jury trial is vacated and continued to **March 18, 2013**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **January 10, 2013.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the July 26, 2012 Final Pretrial Conference is vacated and continued to **January 24, 2013**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **January 3, 2013,** and shall comply with the procedures outlined in the Court's November 30, 2010 Pretrial Scheduling Order.

///

1 The personal appearances of the trial attorneys or person(s) in
2 pro se is mandatory for the Final Pretrial Conference.
3 Telephonic appearances for this hearing are not permitted.
4     Any evidentiary or procedural motions are to be filed by
5 **January 3, 2013.**  Oppositions must be filed by **January 10, 2013,**
6 and any reply must be filed by **January 17, 2013.**  The motions
7 will be heard by the Court at the same time as the Final Pretrial
8 Conference.
9     IT IS SO ORDERED.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE