RONALD W. BROWN, ESQ. (SBN 107340)

COOK BROWN, LLP

555 CAPITOL MALL, SUITE 425

SACRAMENTO, CALIFORNIA 95814

TELEPHONE NO.:  916-442-3100

FACSIMILE NO.:  916-442-4227

Attorneys for Defendant ROEBBELEN CONTRACTING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GRIEGER,<br>                    Plaintiff,<br><br>        v.<br><br>ROEBBELEN CONTRACTING, INC., a<br>California Corporation, and DOES 1–25,<br>inclusive,<br>                    Defendants. | Case No.   2:10–CV–02034–MCE–DAD<br><br>**STIPULATION AND ORDER TO DISMISS<br>WITH PREJUDICE** |

        The Parties have settled this action and hereby stipulate to the dismissal of this action with

prejudice. The Clerk is directed to close he file.

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

1   DATED:  June 8, 2012              COOK BROWN, LLP

2                                     RONALD W. BROWN, ESQ.

                                      By:  ___/s/ Ronald W. Brown_____

3                                        Attorneys for Defendant

4                                        ROEBBELEN CONTRACTING, INC.

5

6   DATED: June 4, 2012              PERKINS & ASSOCIATES

                                      ROBIN PERKINS

7

8                                     By:  ___/s/ Gary Grieger_____

9                                        Attorneys for Plaintiff

                                         GARY GRIEGER

10

11

12            IT IS SO ORDERED:

13

14  Dated:  June 13, 2012

15                                    _____

                                      MORRISON C. ENGLAND, JR
16                                    UNITED STATES DISTRICT JUDGE

17

18

19

20                            **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

                                              2