RONALD W. BROWN, ESQ. (SBN 107340)

COOK BROWN, LLP

555 CAPITOL MALL, SUITE 425

SACRAMENTO, CALIFORNIA 95814

TELEPHONE NO.: 916-442-3100

FACSIMILE NO.: 916-442-4227

Attorneys for Defendant ROEBBELEN CONTRACTING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GRIEGER,<br>          Plaintiff,<br>   v.<br>ROEBBELEN CONTRACTING, INC., a California Corporation, and DOES 1–25, inclusive,<br>          Defendants. | Case No.  2:10–CV–02034–MCE–DAD<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

The Parties have settled this action and hereby stipulate to the dismissal of this action with prejudice. The Clerk is directed to close he file.

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

1

| | |
|---|---|
| DATED:  June 8, 2012 | COOK BROWN, LLP |
| | RONALD W. BROWN, ESQ. |
| | By:   /s/ Ronald W. Brown |
| | Attorneys for Defendant |
| | ROEBBELEN CONTRACTING, INC. |
| | |
| DATED: June 4, 2012 | PERKINS & ASSOCIATES |
| | ROBIN PERKINS |
| | |
| | By:   /s/ Gary Grieger |
| | Attorneys for Plaintiff |
| | GARY GRIEGER |

IT IS SO ORDERED:

Dated:  June 13, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

2

C:\CAED\iFolder\TO DOCKET CIVIL\10cv2034.o.0613.docx